## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: __Suluki v. Credit One Bank, NA, et al.__          Docket No.: __23-721__

Lead Counsel of Record (name/firm) or Pro se Party (name): __Philip A. Goldstein  / McGuireWoods LLP__

Appearance for (party/designation): __Credit One Bank, N.A. / Defendant - Appellee__

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.    The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.    Please change the following parties' designations:
  Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.    The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( [✓] ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
__10/7/19_____OR that ( [ ] ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:__/s/ Philip A. Goldstein_____
Type or Print Name:__Philip A. Goldstein_____
                    OR
Signature of pro se litigant: _____
Type or Print Name:_____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.