## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Khalilah Suluki v. Credit One Bank, NA      Docket No.: 23-721

Lead Counsel of Record (name/firm) or Pro se Party (name): Craig C. Marchiando, Consumer Litigation Associates. P.C.

Appearance for (party/designation): Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Craig C. Marchiando
Firm: Consumer Ilitgiation Associates, P.C.
Address: 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601
Telephone: (757) 930-3660          Fax: (757) 930-3660
Email: cragi@clalegal.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Craig C. Marchiando
Type or Print Name: Craig C. Marchiando
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.