## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Suluki v. Credit One Bank, NA, et al.  Docket No.: 23-721

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Heidi E. Siegmund

Firm: McGuireWoods LLP

Address: Gateway Plaza, 800 East Canal Street, Richmond, Virginia 23219-3916

Telephone: (804) 775-1049  Fax: (804) 775-1061

E-mail: hsiegmund@mcguirewoods.com

Appearance for: Credit One Bank, N.A. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Philip A. Goldstein / McGuireWoods LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 6/16/2023  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Heidi E. Siegmund

Type or Print Name: Heidi E. Siegmund