# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

September 22, 2023

<u>Via CM/ECF</u>

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    ***Khalilah Suluki v. Credit One Bank, NA, et al.*, No. 23-721**
              **Appellee's Local Rule 31.2 Scheduling Request**

Dear Ms. Wolfe:

      Pursuant to Local Rule 31.2, Defendant-Appellee Credit One Bank, N.A. hereby requests that its response brief be due on December 20, 2023.

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    */s/ Philip A. Goldstein*

                                    Philip A. Goldstein

cc:      All counsel of record (via CM/ECF)

179630935