# Gupta / Wessler  *Issues & Appeals*

March 28, 2024

Via CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Suluki v. Credit One Bank,* No. 23-721

Dear Ms. Wolfe:

    Counsel for plaintiff-appellant, Alisa Tiwari, will be unavailable for argument in this matter on May 1–3, 2024, and May 28–June 5, 2024, due to a personal commitment requiring travel and a mandatory firm retreat. In addition, Ms. Tiwari would like to omit August 5–16 from her listed unavailability on the Local Rule 34.1(a) oral argument statement submitted to this court on January 3, 2024.

                                               Sincerely,

                                               */s/ Alisa Tiwari*
                                               Alisa Tiwari

                                             *Counsel for Plaintiff-Appellant*